GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
  18425 BURBANK BLVD., SUITE 708
  TARZANA, CA  91356
  818-708-2585
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 1992
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
              Plaintiff,

         v.

DEMETRIA E. WILLIAMS

              Defendant(s).

COURT NO: 91 A 11863

DEFAULT JUDGMENT

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 16 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from DEMETRIA E. WILLIAMS the sum of $111.00 as principal, $34.11 as accrued prejudgment interest, $227.00 administrative charges, and $20.00 costs, plus $250.00 attorney fees for a total amount of $642.11, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

**JAN 16 1992**

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

*R. L. BYER*
By:_____
   Deputy Clerk